**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SARA BUBLITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY LLC, a California limited liability company; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | NO.: 2:26-CV-04261-JHC<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY BRIEFING AND CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

Having considered the Parties' Joint Stipulation to Stay Briefing and Continue Hearing on Defendant's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Action (Dkt. 8), Dkt. 11, the court hereby orders as follows:

1. Defendant's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Action (Dkt. 8) is taken off calendar, without prejudice (the Clerk is DIRECTED to terminate this motion);
2. Plaintiff's deadline to respond to or oppose Defendant's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Action is vacated;

3. If the Court retains jurisdiction of the action, Plaintiff shall have 21 days to oppose or otherwise respond to Defendant's Motion to Compel Arbitration, Dismiss Class Claims, and Stay Action.

**IT IS SO ORDERED.**

Dated: November 18, 2026

John H. Chun
United States District Judge