**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SARA BUBLITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUILD MORTGAGE COMPANY LLC, a California limited liability company; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | NO.: 2:26-CV-04261-JHC<br><br>**ORDER** |

This matter comes before the Court on its November 10, 2026 Order to Show Cause. Dkt. 12. The Court thanks the parties for their responses at Dkts. 13 & 14. Upon review of those responses, the Court concludes that Defendants have not met their burden of alleging that Plaintiffs have Article III standing. The Court thus REMANDS this matter to King County Superior Court and DIRECTS the Clerk to mail a copy of this Order to the state court.

//

DATED this 25th day of November, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE